IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>           Plaintiff, )<br>    )<br>      v.    )<br>    )<br>GABRIEL A. MONJE-CASTRO, )<br>    )<br>           Defendant. )<br>    ) | 4:06CR3048<br><br>ORDER |

IT IS ORDERED:

1.  Defendant's oral motion to continue is granted and the change of plea hearing is continued from today to June 23, 2006 at 10:30 a.m.

2.  Defendant waived speedy trial time in open court and I therefore find that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 25, 2006 and June 23, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge