```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,        )
                                 )
     Plaintiff,                  )    4:06CR3048
                                 )
     v.                          )
                                 )
GABRIEL A. MONJE-CASTRO,         )      ORDER
                                 )
     Defendant.                  )
```

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The change of plea hearing is continued to July 13, 2006 at 2:00 p.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated June 23, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge